# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**DEAN KEDINGER,**

    Plaintiff,

-vs-                                  Case No. 14-C-1198

**STATE OF WISCONSIN,
FOND DU LAC COUNTY,**

    Defendants.

## DECISION AND ORDER

This *pro se* lawsuit is similar to two lawsuits that were recently dismissed by Judge Stadtmueller. *Kedinger v. State of Wis.*, Case Nos. 14-C-494, 14-C-899 (E.D. Wis.). Just like those lawsuits, this action is wholly irrational and must be dismissed as frivolous. 28 U.S.C. § 1915(e)(2)(B)(i); *Lee v. Clinton*, 209 F.3d 1025, 1026 (7th Cir. 2000).

Kedinger's motion for leave to proceed *in forma pauperis* [ECF No. 2] is **GRANTED**, but this matter is **DISMISSED**. The Clerk of Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 7th day of October, 2014.

                                                                **BY THE COURT:**

                                                                 _____
                                                                 **HON. RUDOLPH T. RANDA**
                                                                 **U.S. District Judge**